# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0211. UNITED CEREBRAL PALSY OF GEORGIA, INC., et al. v. GEORGIA DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES, et al.**

On November 29, 2018, petitioners United Cerebral Palsy of Georgia, Inc., Coastal Center for Developmental Services, Inc., DBA Employability, Hope Haven of Northeast Georgia, Inc., and Creative Community Services, Inc. timely filed an application for discretionary appeal of an order of the Fulton County Superior Court. When our Clerk of Court docketed the application, he erroneously indicated that the application had been filed on November 30, 2018, one day late. The Clerk of Court is therefore **ORDERED** to correct the docket so that it reflects that this application was filed on November 29, 2018.

The application for discretionary appeal is hereby **GRANTED**. The petitioners shall have ten days from the date of this order to file a notice of appeal in the superior court, if one has not already been filed. The superior court clerk is instructed to include a copy of this order in the appellate record. The respondents' motion to dismiss the application is **DISMISSED AS MOOT**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*